UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DORAN BELSHAW,<br><br>  Petitioner,<br><br>  v.<br><br>KATHY PROSPER, et al.,<br><br>  Respondents. | Case No. CV 09-1496 DSF(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings and recommendations of the Magistrate Judge in this action.

IT IS THEREFORE ORDERED that Judgment be entered denying the operative First Amended Petition for Writ of Habeas Corpus and dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation of United States Magistrate Judge, and the Judgment herein on counsel for petitioner and respondents.

DATED: 3/31/14

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE