UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DORAN BELSHAW, | ) Case No. CV 09-1496 DSF(JC) |
| | ) |
| Petitioner, | ) (PROPOSED) JUDGMENT |
| | ) |
| v. | ) |
| | ) |
| KATHY PROSPER, et al., | ) |
| | ) |
| Respondents. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

3/31/14

DATED: _____

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE